<u>9:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19th FLOOR)</u>

<u>TUESDAY, APRIL 8, 2014</u>

<u>Coram</u>: FISHER, SCIRICA, Circuit Judges and MARIANI, District Judge

<u>Nos. 13-3335/13-3336</u>

IN RE:  G-I HOLDINGS, INC.,
formerly known as GAF
Corporation,
Debtor
UNITED STATES
GYPSUM COMPANY,
Appellant No. 13-3335

\_\_\_\_

In re:  G-I HOLDINGS, INC.,
formerly known as GAF Corporation,
Debtor

QUIGLEY COMPANY, INC.,
Appellant No. 13-3336

| <u>Counsel for Appellants</u> | <u>Counsel for Appellees</u> |
|---|---|
| STEPHEN D. HOFFMAN, I<br>(Quigley Company Inc.)<br>[7 minutes per Court] | ANDREW J. ROSSMAN |
| RACHEL S. BLOOMEKATZ<br>(U.S. Gypsum Co.)<br>[8 minutes per Court] | |
| (15 minutes Total Court Time | (15 minutes per Court) |

<u>No. 11-2083</u>

UNITED STATES OF AMERICA
v.
KENNETH BRITTON
a/k/a KB
a/k/a Kalgon

continued…

PAGE TWO – CONTINUED					TUESDAY, APRIL 8, 2014

Coram: FISHER, SCIRICA, Circuit Judges and MARIANI, District Judge

No. 11-2083 – (Continued)

Kenneth Britton,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| RONALD A. KRAUSS | GORDON A.D. ZUBROD |
| (10 minutes per Court) | (10 minutes per Court) |

_____

No. 13-3825

UNITED STATES OF AMERICA
v.
ROBERT WATERMAN,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| MAGGIE F. MOY | JOHN F. ROMANO |
| (10 minutes per Court) | (10 minutes per Court) |

_____

No. 13-3186

FRANK SUAREZ,
Appellant
v.
CITY OF BAYONNE; TIMOTHY
CAREY, Individually; STEVEN
RHODES, Individually
JOHN DOES 1-8 (fictitious
names, real names unknown)

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| PETER J. CRESCI | MICHAEL S. DORAN |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE THREE – CONTINUED         TUESDAY, APRIL 8, 2014

Coram: FISHER, SCIRICA, Circuit Judges and MARIANI, District Judge

No. 13-3588

COURTNEY DOUGLASS,
ON BEHALF OF
HERSELF AND ALL
OTHERS SIMILARLY
SITUATED,
　　　　　　Appellant
v.
CONVERGENT

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| CARY L. FLITTER | RICHARD J. PERR |
| (15 minutes per Court) | (15 minutes per Court) |

Coram: FISHER, SCIRICA and COWEN, Circuit Judges

S U B M I T T E D

No. 13-2004
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
SETH WILLIAMS,
　　　　　　Appellant

———

No. 13-2537
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
ANTONIO LEON,
　　　　　　Appellant