UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

___

No. 13-3588
___

COURTNEY DOUGLASS,
on behalf of herself and all
others similarly situated,

Appellant

v.

CONVERGENT OUTSOURCING,
formerly known as
ER SOLUTIONS, INC.
___

(E.D. Pa. No. 2-12-cv-01524)
___

Present: McKEE, Chief Judge, RENDELL, AMBRO, FUENTES,
SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR.,
VANASKIE, SHWARTZ, KRAUSE and SCIRICA[1], Circuit Judges and
MARIANI,[2] District Judge
___

SUR PETITION FOR REHEARING
WITH SUGGESTION FOR REHEARING EN BANC
___

    The petition for rehearing filed by Appellee Convergent Outsourcing in the above-entitled case having been submitted to the judges who participated in the decision

---

[1] Judge Scirica's vote is limited to panel rehearing only.

[2] The vote of Honorable Robert D. Mariani, District Judge for the U.S. District Court for the Middle District of Pennsylvania, sitting by designation, is limited to panel rehearing only.

of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

                                      BY THE COURT:

                                      *s/ D. Michael Fisher*
                                      Circuit Judge

Dated: September 22, 2014
PDB/TMM/cc: All Counsel of Record