UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| COURTNEY DOUGLASS, individually and on behalf of all others similarly situated <br>               Appellant <br><br> vs. <br><br> CONVERGENT OUTSOURCING <br>               Appellee | APPEAL CASE NO. 13-3588 |

**APPELLANT'S MOTION TO AMEND OPINION
TO REFLECT COUNSEL OF RECORD**

Appellant, Courtney Douglass, moves the Court to amend the Opinion Vacating Judgment entered in the above matter on August 28, 2014, and in support thereof avers as follows:

1.    This matter arises under the Fair Debt Collection Practices Act subchapter of the Consumer Credit Protection Act. Specifically, the case dealt with the propriety of a debt collector including a consumer's account number visibly through the window of a collection envelope under 15 U.S.C. § 1692f(8).

2.    On August 28, 2014, the panel issued its Opinion and Judgment in the case. Judge Scirica authored.

3.    On September 22, 2014, the Court denied Appellee's Petition for Rehearing or Rehearing *En Banc*.

4.  Your movant, Appellant Courtney Douglass, asks that the Opinion be amended to reflect as counsel of record one of the attorneys who worked on and contributed to the Appellant's briefing in the above matter: SaraEllen Hutchison, Esquire of the Washington State bar.

5.  Ms. Hutchison was co-counsel for the Plaintiff in the District Court and applied for and was granted admission to this Court in connection with this appeal, on September 23, 2013. (Ex. "A" hereto).

6.  Ms. Hutchison devoted her professional time to assisting with the appeal briefing and her name was reflected as counsel for appellant on the blue and grey appeal briefs. (Cover pages, Exs. "B" and "C" hereto).

7.  Unfortunately, through sheer inadvertence of counsel, a formal entry of appearance for Ms. Hutchison was not filed when the briefing was submitted. The Clerk's office advises that an amendment is required to so reflect.

8.  Ms. Hutchison has entered her appearance of record in this matter.

**WHEREFORE,** Movant therefore respectfully asks the Court's indulgence to amend the Opinion for the sole purpose of reflecting SaraEllen Hutchison, Esquire as co-counsel for the Appellant Courtney Douglass.

                                                Respectfully submitted:

Date: 9/29/14

/s/ *Cary L. Flitter*
CARY L. FLITTER
FLITTER LORENZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782
(610) 667-0552 (fax)
cflitter@consumerslaw.com
**Attorney for Appellant**

## CERTIFICATE OF SERVICE

I, CARY L. FLITTER, do hereby certify that on September 29, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Said document is available for viewing and downloading from the ECF system.


Date: 9/29/14                    /s/ *Cary L. Flitter*
                                 CARY L. FLITTER

# EXHIBIT "A"

| | OFFICE OF THE CLERK | |
|---|---|---|
| MARCIA M. WALDRON | UNITED STATES COURT OF APPEALS | TELEPHONE |
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: http://www.ca3.uscourts.gov

September 23, 2013

SaraEllen Hutchison, Esquire
Law Office of SaraEllen Hutchison PLLC
1752 NW Market Street #915
Seattle, WA 98107

Re:     Admission to Practice

Dear Counsel:

This will serve to advise you that your application for admission has been processed and you were admitted to the Bar of this Court on September 23, 2013. Your certificate of admission is enclosed.

You may be aware that the work of this Court often cannot be accomplished without the cooperation of pro bono attorneys, willing to give of their time and energy to see that all persons receive equal justice under the law. You should know that the Court appoints pro bono counsel only in appeals which have been found to have arguable merit. Many of these appeals are argued on the merits, providing useful oral advocacy experience. The Court has authorized use of Court funds to reimburse pro bono counsel for the costs of filing the brief and appendix up to $1,000. In addition, some federal statutes provide for reasonable attorneys fees and expenses to pro bono counsel who have prevailed in specific types of cases.

Your participation in this program is encouraged, and I ask that you consider adding your name to the list now or at some future point. If you are interested, please write to me at the above address, with a resume enclosed.

For attorneys residing in this circuit with experience in criminal law, there are also opportunities for appointment under the Criminal Justice Act in criminal appeals. Please see the Court's website for further details and application procedures.

Your cooperation with the Court is greatly appreciated.

Very truly yours,
Marcia M. Waldron, Clerk

By:     Patricia S. Dodszuweit
        Chief Deputy Clerk

Enclosure: Receipt-admission fees.

# EXHIBIT "B"

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

## NO. 13-3588

**COURTNEY DOUGLASS, individually and on behalf of all others similarly situated,**

Appellant,

v.

**CONVERGENT OUTSOURCING,**

Appellees.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
in Civil Action No. 12-cv-1524(JHS)

**BRIEF OF APPELLANT**
\*\*\*
**APPENDIX VOLUME I (R. 1 – R. 15)**

Cary L. Flitter
Theodore E. Lorenz
Andrew M. Milz
FLITTER LORENZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782

SaraEllen Hutchison
Law Office of SaraEllen Hutchison, PLLC
1752 N.W. Market Street #915
Seattle, WA 98107
(206) 529-5195

Attorneys for Appellant
Courtney Douglass

# EXHIBIT "C"

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

## NO. 13-3588

**COURTNEY DOUGLASS, individually and on behalf of all others similarly situated,**

   Appellant,

v.

**CONVERGENT OUTSOURCING,**

   Appellees.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
in Civil Action No. 12-cv-1524(JHS)

## REPLY BRIEF OF APPELLANT

Cary L. Flitter
Theodore E. Lorenz
Andrew M. Milz
FLITTER LORENZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782

SaraEllen Hutchison
Law Office of SaraEllen Hutchison, PLLC
1752 N.W. Market Street #915
Seattle, WA 98107
(206) 529-5195

Attorneys for Appellant
Courtney Douglass